Noelle E. Dwarzski OSB 131866
noelled@bcmjlaw.com
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Tel. (206) 224-9900
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| BOARD OF TRUSTEES OF THE OREGON RETAIL EMPLOYEES PENSION TRUST,<br><br>Plaintiff,<br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST,<br><br>Defendant. | Case No. 3:20-CV-01587-AC<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT AND ACTION |

This Stipulated Dismissal is entered into between Plaintiff Board of Trustees of the Oregon Retail Employees Pension Trust and Defendant Kaiser Foundation Health Plan of the Northwest.

The parties hereby stipulate to a judgment of dismissal of all claims against Defendant Kaiser Foundation Health Plan of the Northwest with prejudice and without costs or attorney fees to any party.

STIPULATED MOTION FOR VOLUNTARY
DISMISSAL – 1

BARLOW COUGHRAN
MORALES & JOSEPHSON P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 Delinquencie ea06c101sq



DATED this 22nd day of February, 2021.

Stipulated by:

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, OSB 131866
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
noelled@bcmjlaw.com
Attorneys for the Plaintiff


/s/ Medora A. Marisseau
Medora A. Marisseau, OSB 923838
Karr Tuttle Campbell
701 5th Avenue, Suite 3300
Seattle, WA 98104
(206) 223-1313
mmarisseau@karrtuttle.com
Attorneys for Defendant Kaiser Foundation
Health Plan of the Northwest


JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that Defendant Kaiser Foundation Health Plan of the Northwest is dismissed with prejudice and without costs or attorney fees to any party.

DATED this 22nd day of February, 2021.

_____
HONORABLE JOHN V. ACOSTA
U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

STIPULATED MOTION FOR VOLUNTARY
DISMISSAL – 2

BARLOW COUGHRAN
MORALES & JOSEPHSON P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 Delinquencie ea06c101sq

Presented by:

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, OSB 131866
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
noelled@bcmjlaw.com
Attorneys for the Plaintiff Trust Fund


*/s/ Medora A. Marisseau*
Medora A. Marisseau, OSB 923838
Karr Tuttle Campbell
701 5th Avenue, Suite 3300
Seattle, WA 98104
(206) 223-1313
mmarisseau@karrtuttle.com
Attorneys for Defendant Kaiser Foundation
Health Plan of the Northwest


## CERTIFICATE OF SERVICE

This will certify that on February 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. This certifies that the foregoing document was served via CM/ECF electronic mail on all registered users.

Dated this 22nd day of February, 2021, at Seattle, Washington.

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, OSB 131866
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiff Trust Funds


STIPULATED MOTION FOR VOLUNTARY
DISMISSAL – 3

BARLOW COUGHRAN
MORALES & JOSEPHSON P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 Delinquencie ea06c101sq

